# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

MAY 07 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 13 293 JST**

BLESSED MARVELOUS HERVE,
a/k/a RODRIGUE HERVE NGANDOU,
a/k/a HERVE RODRIGUE NGANDOU,
a/k/a BLESSED ROLL HERVE,

DEFENDANT(S).

## INDICTMENT

VIOLATION:

Title 18, United States Code, Section 1343 - Wire Fraud

---

A true bill.

_/s/ Scheer_
Foreman

Filed in open court this ___7___ day of
_May 2013_

_/s/_
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. F...
Clerk

Bail, $ _no process_

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION ☑ INDICTMENT

**Matter Sealed:** ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF Northern California — San Francisco Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** MELINDA HAAG
☑ U.S. Atty ☐ Other U.S. Agency
Phone No.

**Name of Asst. U.S. Attorney (if assigned):** Hallie Hoffman

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAG. JUDGE CASE NO.** 13-70456 NJV

**Place of offense** — County

---

**CASE NO.**
USA vs. BLESSED MARVELOUS HERVE,
Defendant: a/k/a RODRIGUE HERVE NGANDOU,
a/k/a HERVE RODRIGUE NGANDOU,
a/k/a BLESSED ROLL HERVE
Address:

CR 13 293 JST

FILED
MAY 07 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Interpreter Required  Dialect: _____

Birth Date _____
☐ Male ☐ Alien (if applicable)
☐ Female

Social Security Number _____

### DEFENDANT

**Issue:** ☐ Warrant ☐ Summons

**Location Status:**
Arrest Date 4/24/2013 or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Edward Hu
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 9

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|---|---|---|
| | 18 U.S.C § 1343, 4, see back | Wire Fraud | 1 |
| | | | |
| | | | |
| | | | |

# United States v. Blessed Marvelous HERVE, a/k/a Rodrigue Herve Ngandou, a/k/a Herve Rodrigue Ngandou, a/k/a Blessed Roll Herve

## Attachment to Penalty Sheet

MAXIMUM PENALTIES (Each Count)

<u>Count One</u>:   (Title 18, United States Code, Section 1343 – Wire Fraud)

Imprisonment:       20 years

Fine:               $250,000 (or twice the value of the property involved in the offense, whichever is greater)

Supervised Release: 3 years

Special Assessment: $100

Restitution:        To be determined by the Court

1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3
4
5                                              **FILED**
6                                              MAY 0 7 2013
7                                              RICHARD W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA               JST
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )   CR 13 293
                                     )
13          Plaintiff,                )   VIOLATION: Title 18, United States Code,
                                     )   Section 1343—Wire Fraud
14     v.                             )
                                     )
15  BLESSED MARVELOUS HERVE,         )
    a/k/a RODRIGUE HERVE NGANDOU,)
16  a/k/a HERVE RODRIGUE NGANDOU,)       SAN FRANCISCO VENUE
    a/k/a BLESSED ROLL HERVE,        )
17                                   )
            Defendant.               )
18

19
20                              INDICTMENT
21  The Grand Jury charges:
22       At all times relevant to this Indictment, unless otherwise indicated:
23                          Introductory Allegations
24       1.   Blessed Marvelous HERVE (a/k/a RODRIGUE HERVE NGANDOU,
25  a/k/a HERVE RODRIGUE NGANDOU, a/k/a BLESSED ROLL HERVE) (hereinafter
26  "HERVE"), was born in the Republic of the Congo, granted asylum in the United States on
27  March 5, 1999, and received United States citizenship on March 26, 2013.
28  //

INDICTMENT

2. Victim 1 was a licensed real estate broker doing business in the luxury home sales market in Marin County, California.

3. Victim 2 was the girlfriend of Victim 1.

### The Scheme to Defraud

4. From approximately 2006 through approximately November 2012, HERVE devised and executed a scheme to defraud Victim 1 and Victim 2 out of approximately $1.6 million through a series of false and fraudulent statements, representations, and promises. In furtherance of his scheme, and to induce the victims to give him money, HERVE made material misrepresentations, false statements, misrepresentations, and false promises, and he omitted and concealed various material facts. These false statements included, but were not limited to, the following:

a. HERVE falsely and fraudulently represented to Victim 1 that HERVE's father was the President of the Congo, a multi-billionaire, and was interested in buying millions of dollars in real estate in the Bay Area with the assistance of Victim 1;

b. HERVE falsely and fraudulently represented to Victim 1 that the United States government had recently seized HERVE's assets, in excess of $43,000,000, and that HERVE needed Victim 1's financial assistance to prevail in the federal court case to gain access to the $43,000,000;

c. HERVE signed four promissory notes promising to pay Victim 1 bonus sums of $500,000 and $1,000,000 in exchange for Victim 1's financial support of HERVE's quest to obtain the $43,000,000 that the government had supposedly seized;

d. HERVE falsley and fraudulently claimed to live at the Four Seasons Hotel in San Francisco, and HERVE had Victim 1 drive him from the Four Seasons to his alleged court hearings at the federal building in San Francisco;

e. HERVE falsley and fraudulently told Victim 1 that Victim 1 could not observe HERVE's court proceedings because they were secret and were being conducted pursuant to the authority of the United States Foreign Surveillance Act;

//

INDICTMENT                                                          2

f. HERVE falsely and fraudulently represented to Victim 1 and Victim 2 that because of HERVE's federal court case HERVE was in federal prison from 2009 through 2012;

g. HERVE falsely and fraudulently solicited funds from Victim 2 to assist with HERVE's alleged ongoing court proceedings and his incarceration, and to release his seized millions. HERVE promised Victim 2 full repayment of her money plus a bonus of $1,000,000 and a luxury car upon the completion of his federal case and release of his funds;

h. in October 2012, HERVE solicited and received $47,000 from Victim 2 after HERVE falsely and fraudulently claimed he needed these funds to pay the Internal Revenue Service to satisfy the final judgment entered against him, and that this final payment would result in the release of his funds.

COUNT ONE: (18 U.S.C. § 1343 – Wire Fraud)

5. Paragraphs 1 through 4 are realleged and incorporated as if fully set forth here.

6. On or about October 4, 2012, in the Northern District of California and elsewhere, the defendant,

> BLESSED MARVELOUS HERVE,
> a/k/a RODRIGUE HERVE NGANDOU,
> a/k/a HERVE RODRIGUE NGANDOU,
> a/k/a BLESSED ROLL HERVE,

for the purpose of executing his material scheme and artifice to defraud, and to obtain money and property from his victims by means of materially false and fraudulent pretenses, representations, and promises, and by omitting and concealing material facts, did knowingly transmit and cause to be transmitted a wire communications in interstate commerce, namely, $47,000 wired from Victim 2's bank account, ending in 5664, at Chase Bank in Florida, to HERVE's bank account, ending in 2556, at Citibank in San Francisco, California, in violation of Title 18, United States Code, Section 1343.

DATED: May 7, 2013             A TRUE BILL.

_____
FOREPERSON

INDICTMENT                     3

1  MELINDA HAAG
   United States Attorney
2

3  _____
4  MIRANDA KANE
   Chief, Criminal Division
5

6  (Approved as to form: _____ )
                          AUSA Hallie Hoffman
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              4