COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
JAY A. NELSON, No. 258431
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
BLESSED MARVELOUS HERVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLESSED MARVELOUS HERVE,<br><br>　　　　Defendant. | Case No. 13 Cr. 293 (JST)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING TO SEPTEMBER 6, 2013<br><br><br>Before the Honorable Jon S. Tigar<br>United States District Judge |
|---|---|

**STIPULATION**

WHEREAS, this matter is currently scheduled for a change of plea hearing on Friday, August 30, 2013 at 9:30 a.m.;

WHEREAS, Defendant Blessed Marvelous Herve is currently being held in pretrial custody at the Glenn E. Dyer Detention Facility in Oakland, California;

WHEREAS, the San Francisco-Oakland Bay Bridge is scheduled to be closed for construction between August 28, 2013 and September 3, 2013;

WHEREAS, the closure of the Bay Bridge gives rise to substantial logistical difficulties impeding the ability of the United States Marshal to transport Mr. Herve to the scheduled proceeding;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that the change of plea hearing currently scheduled for August 30, 2013 shall be VACATED, and shall be RESET for Friday, September 6, 2013 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: August 26, 2013

/s/
ETHAN A. BALOGH
Attorney for Defendant Blessed Marvelous Herve

DATED: August 26, 2013

/s/
HALLIE HOFFMAN
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for August 30, 2013 at 9:30 a.m. shall be VACATED, and shall be RESET for Friday, September 6, 2013 at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 27, 2013

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE